IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01001-PSF-MJW

MARIA DEL CARMEN ABREGO FUENTES,

    Plaintiff,

v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER having come before the Court on the Stipulation of the parties, and the Court having examined the files herein and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled civil action be and is hereby DISMISSED, with prejudice, each party to pay their own costs.

DATED: October 31, 2005

                                          BY THE COURT:

                                          s/ Phillip S. Figa
                                          _____
                                          Phillip S. Figa
                                          United States District Judge